WILSON PETTY KOSMO & TURNER LLP
CLAUDETTE G. WILSON (110076)
MERYL C. MANEKER (188342)
LISA A. HILL (223995)
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone (619) 236-9600
Facsimile  (619) 236-9669

JS-6

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARK D. ROME,<br><br>          Plaintiff,<br>     v.<br><br>GLAXO SMITH KLINE, INC. AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>          Defendants. | Case No. SACV04-00332 JVS (PJWx)<br><br>**JUDGMENT**<br><br>Complaint Filed: October 20, 2003<br>Trial:                  August 12, 2008<br><br>Courtroom:     10C<br>Judge:             Hon. James V. Selna |

This action came on for trial before the Court beginning August 12, 2008 and concluding on August 19, 2008, the Honorable James V. Selna, District Judge, Presiding.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,


1  **IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of
2  Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, that the Plaintiff
3  Mark D. Rome take nothing, that the action be dismissed on the merits and that
4  Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline recover its costs.

6  DATED:  September 12, 2008

HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT JUDGE